COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-05-186-CV

IN RE CHARLES W. BISHOP II RELATOR

------------

ORIGINAL PROCEEDING

------------

MEMORANDUM OPINION
(footnote: 1)
------------

The court has considered relator's “Motion for Mandamus” and is of the opinion that relief should be denied.  Accordingly, relator’s petition for writ of mandamus is denied.

PER CURIAM

PANEL B: HOLMAN, LIVINGSTON, and DAUPHINOT, JJ.

DELIVERED: June 2, 2005

FOOTNOTES
1:
See
 
Tex. R. App. P. 47.4.